IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES, ex rel., RIECK GROUP, LLC, : : | |
| Plaintiff, : | Case No. 3:08cv172 |
| vs. : | JUDGE WALTER HERBERT RICE |
| MONARCH CONSTRUCTION COMPANY, et al., : : | |
| Defendants. : | |

---

OPINION SUSTAINING IN PART AND OVERRULING IN PART PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT (DOC. #27); OPINION OVERRULING DEFENDANTS' CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. #30); OPINION SUSTAINING IN PART AND OVERRULING IN PART DEFENDANTS' OBJECTIONS (DOC. #46) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #45); SAID JUDICIAL FILING ADOPTED IN PART AND REJECTED IN PART; THIS OPINION IS <u>NOT</u> A FINAL APPEALABLE ORDER

---

Based on reasoning and citations of authority to be set forth in an expanded opinion which will be filed shortly, the Court sustains in part and overrules in part Plaintiff's Motion for Partial Summary Judgment (Doc. #27); overrules Defendants' Cross Motion for Partial Summary Judgment (Doc. #30); and sustains in part and overrules in part Defendants' Objections (Doc. #46) to the Report and

Recommendations of the Magistrate Judge (Doc. #45). Said judicial filing is adopted in part and rejected in part. Since this is not a final appealable order, this Court directs the Clerk of Courts <u>not</u> to enter judgment herein.

September 30, 2009

                                              /s/ Walter Herbert Rice
                                       WALTER HERBERT RICE, JUDGE
                                       UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record.